No. 94–8990.  NAYLOR, AKA WRIGHT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8996.  McCUNE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–8997.  LOEB v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 94–9000.  CHAPEL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9001.  PERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–9005.  DEVON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–9006.  DURAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9007.  GALLIGAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9008.  HOPKINS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–9012.  COATS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9015.  MALCOLM v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–1585.  KANOIVICKI ET AL. v. GREEN ET AL.  Ct. App. Tenn.  Motion of respondents for award of damages and double costs denied.  Certiorari denied.